FILED ___ LODGED
___ RECEIVED ___ COPY
OCT 0 6 2026
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY___________ DEPUTY

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

SHEILA PHILLIPS
Assistant United States Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: (602) 514-7500
Email: Sheila.Phillips2@usdoj.gov
*Attorneys for Plaintiff*

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

Plaintiff,

vs.

Brian Albert Martinez,

Defendant.

No. CR 26-1196-PHX-SMB (MTM)

**INDICTMENT**

VIO: 18 U.S.C. §§ 922(a)(1)(A), 923(a), and 924(a)(1)(D)
(Dealing Firearms without a License)
Count 1

18 U.S.C. §§ 922(a)(6) and 924(a)(2)
(Material False Statement During the Purchase of a Firearm)
Counts 2-5

18 U.S.C. § 924(d),
21 U.S.C. § 853; and
28 U.S.C. § 2461(c)
(Forfeiture Allegation)

**THE GRAND JURY CHARGES:**

**COUNT 1**

Beginning on or about October 14, 2025, through June 26, 2026, in the District of Arizona, Defendant BRIAN ALBERT MARTINEZ, not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms for profit.

///

///

In violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNTS 2-5**

On or about the dates listed below, in the District of Arizona, Defendant BRIAN ALBERT MARTINEZ knowingly made false statements and representations in connection with the acquisition of a firearm to the businesses listed below, which were intended and likely to deceive the businesses as to a fact material to the lawfulness of a sale of a firearm by the businesses, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each listed business, in that Defendant BRIAN ALBERT MARTINEZ did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, in each of the counts below, stating he was the actual transferee/buyer, whereas in truth and fact, Defendant BRIAN ALBERT MARTINEZ knew that he was buying the firearm on behalf of another person:

| COUNT | DATE | BUSINESS |
|---|---|---|
| 2 | 10/14/2025 | Tombstone Tactical |
| 3 | 11/20/2025 | Ammo AZ |
| 4 | 11/20/2025 | Glendale Pawn & Jewelry |
| 5 | 11/20/2025 | Tactical Studios |

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**FORFEITURE ALLEGATION**

The Grand Jury realleges and incorporates the allegations in Counts 1-5 of this Indictment, which are incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1-5 of this Indictment, the defendant shall forfeit to the United States of America all right, title, and interest in (a) any property

constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, and (b) any of the defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property the defendants is liable. If any forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence,

(2) has been transferred or sold to, or deposited with, a third party,

(3) has been placed beyond the jurisdiction of the court,

(4) has been substantially diminished in value, or

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

All in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: October 6, 2026

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
SHEILA PHILLIPS
Assistant U.S. Attorney